

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00406-CV

MATTHEW CASTLE, APPELLANT

V.

PANHANDLE PLAINS DEVELOPMENT, LLC, APPELLEE

On Appeal from the County Court at Law No. 2
Randall County, Texas
Trial Court No. 85574L2, Honorable Matthew C. Martindale, Presiding

May 6, 2025

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Matthew Castle, proceeding pro se, appeals from the trial court's *Final Judgment*. Appellant's brief was due April 7, 2025, but was not filed. By letter of April 14, 2025, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by April 24. To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss his appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam